# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Carmelite Sisters for the Aged and Infirm, Inc., et al. v. Terry Prince, et al.

Case Number: 1:26-10665

An appearance is hereby filed by the undersigned as attorney for:

All plaintiffs

Attorney name (type or print): Siena A. Marcelle

Firm: The Becket Fund for Religious Liberty

Street address: 1919 Pennsylvania Ave. N.W. Suite 400

City/State/Zip: Washington, D.C. 20006

Bar ID Number: 90043763
(See item 3 in instructions)

Telephone Number: 202-955-0095

Email Address: smarcelle@becketfund.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 9, 2026

Attorney signature: S/ Siena A. Marcelle
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023