**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARMELITE SISTERS FOR THE AGED AND INFIRM, INC.; ST. PATRICK'S RESIDENCE; LITTLE SISTERS OF THE POOR CHICAGO PROVINCE, INC.; LITTLE SISTERS OF THE POOR CHICAGO, INC., D/B/A ST. MARY'S HOME; LITTLE SISTERS OF THE POOR OF PALATINE, INC., D/B/A ST. JOSEPH'S HOME; HIS EMINENCE BLASE CARDINAL CUPICH, ARCHBISHOP OF CHICAGO; LUKE VANDER BLEEK; MORR-FITZ, INC. D/B/A FITZGERALD PHARMACY,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY PRINCE, in his official capacity as the Director of the Illinois Department of Veterans Affairs; SAMEER VOHRA, in his official capacity as Director of the Illinois Department of Public Health; MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation,<br><br>Defendants. | ) | Case No.: 1:26-cv-10665<br><br>Hon. Sharon J. Coleman<br>U.S. District Judge<br><br>Hon. Laura McNally<br>Magistrate Judge |

**NOTICE OF FILING OF MOTION TO REASSIGN CASE**

Defendants Terry Prince, in his official capacity as the Director of the Illinois Department of Veterans Affairs; Sameer Vohra, in his official capacity as Director of the Illinois Department of Public Health; and Mario Treto, Jr., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, submit this Notice of their motion to reassign this action to the Honorable Franklin U. Valderrama pursuant to Local Rule 40.4. A copy of the motion is attached as Exhibit A to this Notice.

Dated: September 10, 2026

Respectfully submitted,

KWAME RAOUL

*Attorney General of Illinois*

By: */s/ Lillian McGuire*

Elizabeth Morris
Elena S. Meth
Lillian Margaret McGuire
Office of the Illinois Attorney General
115 South LaSalle St., 35th Fl.
Chicago, Illinois 60603
(312) 814-3000
elizabeth.morris@ilag.gov
elena.meth@ilag.gov
lillian.mcguire@ilag.gov

*Counsel for Defendants*