# United States District Court
# Northern District of Illinois

In the Matter of

Carmelite Sisters for the Aged and Infirm, Inc., et. al. District Judge Franklin U. Valderrama

v. Case No. 26-CV-10665

Terry Prince, et. al.

Designated Magistrate Judge
Laura K. McNally

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Sharon Johnson Coleman to be related to 1:26-cv-09628 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Franklin U. Valderrama**

Date: Monday, September 14, 2026

Dated:Monday, September 14, 2026