**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Carmelite Sisters for the Aged and Infirm, Inc., et al.

Plaintiff,

v.

Case No.: 1:26−cv−10665
Honorable Franklin U. Valderrama

Terry Prince, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of the parties' joint initial status report [29]. The parties have not yet conferred on a discovery plan as all deadlines in this case, including responsive pleading deadlines, have been stayed pending the Seventh Circuit's resolution of the related cases. Accordingly, the Court directs the parties to file a joint initial status report within fourteen days after the Seventh Circuit enters a mandate in NIFLA v. Treto and Schroeder v. Treto. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.